IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRETT C. FIELDS, JR., | |
| Plaintiff, | CIVIL ACTION FILE NO.: |
| vs. | _____ |
| CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, | |
| Defendant. | Removed from the State Court of Fulton County, Georgia; Civil Action File No.: 21EV000606 |

## DEFENDANT CHIPOTLE MEXICAN GRILL OF COLORADO, LLC'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

COMES NOW defendant CHIPOTLE MEXICAN GRILL OF

COLORADO, LCC, and hereby gives notice pursuant to 28 U.S.C. §§ 1441 and

1446 of the removal of this action from the State Court of Fulton County, Georgia,

case number 21EV000606, to the United States District Court for the Northern

District of Georgia, Atlanta Division.  In support thereof, defendant respectfully

shows this Court as follows:

1.

The above-styled action is a renewal action filed in the State Court of Fulton

County, Georgia, on February 1, 2021 as Civil Action File No. 21EV000606.

2.

Defendant CHIPOTLE MEXICAN GRILL OF COLORADO, LLC. was served with a copy of the summons and complaint on February 2, 2021.

3.

This notice of removal of the case to this United States District Court is filed by defendant within thirty (30) days of receipt of the complaint, from which it was first ascertained that the case was one which has become removable, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446.

4.

The parties to this action are plaintiff BARRETT FIELDS, JR., a citizen of the State of Georgia, and defendant CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, a limited liability company formed under the laws of the State of Colorado and maintaining its principal office and place of business in Newport Beach, California.  Defendant is diverse from the plaintiff.

5.

In this action, plaintiff BARRETT FIELDS, JR. seeks to recover special damages "not to exceed $74,999.99" for personal injuries allegedly sustained in an incident occurring on or about March 21, 2018.  (Compl., ¶¶ 21, 30, 33).

6.

However, on June 25, 2019, plaintiff BARRETT FIELDS, JR. served a pre-suit demand to defendant CHIPOTLE MEXICAN GRILL OF COLORADO, LLC in the amount of $650,000.00.  In the demand letter, plaintiff itemized his special damages as follows:

| | |
|---|---|
| 1) Georgia Spine and Orthopedics | $ 21,678.86 |
| 2) Physiotherapy Associates | $     970.00 |
| 3) Atlanta Orthopedic Imaging | $   1,895.00 |
| 4) Benchmark Rehab Partners | $   5,273.75 |
| 5) Future Surgery | $ 60,250.00 |
| **TOTAL MEDICAL EXPENSES** | **$ 90,067.00** |

(Affidavit of Patti Mann, ¶ 4).

7.

Attached as an exhibit to the demand letter was a medical narrative from Georgia Spine & Orthopaedics that included a surgical estimate with itemized expenses totaling $60,250.00.  (Affidavit of Patti Mann, ¶ 5).

8.

In addition to claims for past, present, and future medical expenses, plaintiff BARRETT FIELDS, JR. claims general damages, loss of future earning capacity,

attorney's fees and costs, and any and all other elements of damage allowable under the laws of the State of Georgia in his renewed complaint.  (Compl., ¶¶ 21, 30, 33).

9.

Under Georgia law, "[E]very final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleadings . . . ."  O.C.G.A. § 9-11-54(c)(1).

6.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 in that (a) plaintiff and defendant are citizens of different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.00.

7.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and Local Rule 3.1(B)(3), N.D.Ga., on the grounds that a substantial part of the events and omissions giving rise to the claim occurred in this District.

8.

Attached hereto and made a part hereof by reference are true and correct copies of the following documents filed in the State Court of Fulton County,

Georgia:

Exhibit 1 – Case Initiation Form;

Exhibit 2 – Summons;

Exhibit 3 – Complaint for Damages;

Exhibit 4 – Leave of Absence of MWH

Exhibit 5 – Rule 5.2 Certificate of Service of Discovery;

Exhibit 6 – First Interrogatories, Requests for Production of Documents and
Requests for Admission to Defendant Chipotle Mexican Grill of
Colorado, LLC;

Exhibit 7 – Affidavit of Service;

Exhibit 8 – Affidavit of Patti Mann; and

Exhibit 9 - Defendant's Notice to the State Court of Fulton County, Georgia
of Removal of Action to the United States District Court.

9.

Written notice of the filing of this Notice of Removal will be given to the
adverse party as required by law.

10.

In compliance with 28 U.S.C. § 1446(a), defendant has filed written notice
of removal with the Clerk of Court for the State Court of Fulton County, a copy of

which is attached to this Notice of Removal as Exhibit 9.

WHEREFORE, defendant CHIPOTLE MEXICAN GRILL OF

COLORADO, LLC prays that the State Court of Fulton County, Georgia, proceed

no further with Civil Action File No. 21EV000606, and that said action be and

hereby is removed from the State Court of Fulton County, Georgia, to the United

States District Court for the Northern District of Georgia, Atlanta Division.

This 3rd day of March, 2021.

/s/ Bridgette E. Eckerson
John L. McKinley, Jr.
Georgia Bar No. 495513
Bridgette E. Eckerson
Georgia Bar No. 591373

Attorneys for defendant
Chipotle Mexican Grill of Colorado, LLC

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
beckerson@mfllaw.com
#504812

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARRETT C. FIELDS, JR.,

        Plaintiff,

    vs.

CHIPOTLE MEXICAN GRILL OF
COLORADO, LLC,

        Defendant.

CIVIL ACTION FILE NO.:

_____

Removed from the State Court
of Fulton County, Georgia;
Civil Action File No.:
21EV000606

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I hereby certify that on this date I electronically filed the foregoing

*Defendant's Notice of Removal to the United States District Court* with the Clerk

of Court using the CM/ECF system, which will automatically send an e-mail

notification of such filing to the following attorneys of record:

Michael W. Horst
Zachary S. Shewmaker
Horst Shewmaker, LLC
3030 Royal Blvd. South, Suite 125
Alpharetta, Georgia 30022
michael@horstshewmaker.com
zach@horstshewmaker.com

I hereby certify that I have also mailed by United States Postal Service the

foregoing pleading to said counsel. Pursuant to Local Rule 5.1, N.D.Ga., the

- 7 -

foregoing pleading is prepared in Times New Roman, 14 point.

This 3rd day of March, 2021.

/s/ Bridgette E. Eckerson
Bridgette E. Eckerson
Georgia Bar No. 591373

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
beckerson@mfllaw.com