State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66298173
Date: Feb 01 2021 12:34PM
Christopher G. Scott, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| BARRETT C. FIELDS, Jr., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION FILE |
| | * NO. _____ |
| CHIPOTLE MEXICAN GRILL | * |
| OF COLORADO, LLC, | * |
| | * |
| Defendant. | * |

---

## RENEWED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

---

COMES NOW Plaintiff, BARRETT C. FIELDS, Jr., and pursuant to O.C.G.A. § 9-2-61, files this *Renewed Complaint for Damages and Demand for Jury Trial* against Defendant CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, and shows the Court as follows:

1. This matter is a renewed action for personal injuries to Plaintiff, who was injured an incident which occurred on March 21, 2018 ("the incident"), which was caused by the negligent conduct of Defendant.

### PARTIES, JURISDICTION, AND VENUE

2. Defendant Chipotle Mexican Grill of Colorado, LLC is a limited liability company which was formed under the laws of the State of Colorado with its principal office located in Newport Beach, California. It may be served with the Complaint and Summons as provided by law by serving its registered agent, Corporation Service Company, which is located at 40 Technology Parkway South, Suite 300, Norcross, Gwinnett County, Georgia 30092.

3. Defendant has been properly served with the Complaint and Summons.

1



EXHIBIT
3

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 66298173
3/3/2021 12:34PM
Christopher G. Scott, Chief Clerk
Civil Division

17.     Defendant breached its duty to Plaintiff by failing to exercise ordinary care in keeping the premises and approaches safe, by failing to warn Plaintiff of known or discoverable dangers, and for willful or wanton acts.

18.     Plaintiff did not do anything to cause or contribute to his injuries.

19.     Defendant's negligence was a cause in fact and a proximate cause of Plaintiff's injuries.

20.     As a proximate and foreseeable result of the negligence of Defendant, Plaintiff sustained serious injuries, endured pain and suffering, mental anguish, and suffered other damages as will be proven at trial and permitted under Georgia law.

21.     Plaintiff intends to seek all damages permissible under Georgia law, but not to exceed $74,999.99 including, but not limited to:

a)      Personal injuries;

b)      Past, present and future medical expenses

c)      Past, present, and future pain and suffering;

d)      Permanent disability;

e)      Disfigurement;

f)      Mental anguish;

g)      Loss of earnings;

h)      Lost ability to labor;

i)      Loss of the capacity to enjoy life; and

j)      Incidental expenses.

## COUNT TWO – VICARIOUS LIABILITY OF DEFENDANT

22.     Plaintiff incorporates the foregoing allegations as if fully restated herein.

3

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66298173
Date: 3/3/2021 12:34PM
Christopher G. Scott, Chief Clerk
Civil Division

23.     At all relevant times, Defendant's employee owed certain civil duties to Plaintiff.

24.     Defendant's employee violated those civil duties by failing to use proper equipment to safely tend to the drink machine, by creating an unsafe or dangerous condition, by failing to take adequate measures or reasonable precautions to prevent Plaintiff from being injured, by failing to act in a safe and reasonable manner when tending to the drink machine, or some combination thereof.

25.     At the time of the incident, Defendant's employee was acting within the scope of her employment with Defendant.

26.     Under the principles of *respondeat superior* and actual or apparent agency, Defendant is vicariously liable for the negligent acts and/or omissions of its employee which led to the injuries and damages suffered by Plaintiff.

27.     Defendant's employee's negligence was a cause in fact and a proximate cause of Plaintiff's injuries.

28.     Plaintiff did not do anything to cause or contribute to his injuries.

29.     As a proximate and foreseeable result of the negligence of Defendant's employee, Plaintiff sustained serious injuries, endured pain and suffering, mental anguish, and suffered other damages as will be proven at trial and permitted under Georgia law.

30.     Plaintiff intends to seek all damages permissible under Georgia law, but not to exceed $74,999.99 including, but not limited to:

        k)     Personal injuries;

        l)     Past, present and future medical expenses

        m)     Past, present, and future pain and suffering;

        n)     Permanent disability;

4

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66298173
Date: Feb 01 2021 12:34PM
Christopher G. Scott, Chief Clerk
Civil Division

o)    Disfigurement;

p)    Mental anguish;

q)    Loss of earnings;

r)    Lost ability to labor;

s)    Loss of the capacity to enjoy life; and

t)    Incidental expenses.

## COUNT THREE – EXPENSES OF LITIGATION PURSUANT O.C.G.A. § 13-6-11

31.    Plaintiff incorporates the foregoing allegations as if fully restated herein.

32.    Pursuant to O.C.G.A. § 13-6-11, Defendant has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense.

33.    Defendant is liable to Plaintiff for expenses of litigation, including attorney's fees.

WHEREFORE, Plaintiff prays as follows:

a)    That process issue and that Defendant be served according to law;

b)    That a verdict and judgment be entered against Defendant, not to exceed $74,999.99, for Plaintiff's personal injuries, past, present and future medical expenses, past, present, and future pain and suffering, permanent disability, disfigurement, mental anguish, loss of earnings, lost ability to labor, loss of the capacity to enjoy life, incidental expenses, and expenses of litigation;

c)    That Plaintiff have a trial by a jury;

d)    That all costs be cast against Defendant; and

e)    That Plaintiff have such other and further relief as this Court deems just and proper.

*[signature line on following page]*

5

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 66298173
Date: Feb 01 2021 12:34PM
Christopher G. Scott, Chief Clerk
Civil Division

HORST SHEWMAKER, LLC

MICHAEL W. HORST
Georgia Bar No. 367837
ZACHARY S. SHEWMAKER
Georgia Bar No. 858381
*Counsel for Plaintiff*

3030 Royal Blvd. South, Suite 125
Alpharetta, Georgia 30022
T: (404) 400-1175
F: (404) 400-1176
E:  michael@horstshewmaker.com
    zach@horstshewmaker.com

6