# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

May 11, 2021

Clerk of Court
State Court of Fulton County
185 Central Ave, SW
Atlanta, GA 30303

    RE:    Fields v. Chipotle Mexican Grill of Colorado, LLC
              Your Case Number: 21EV000606
              Our Case Number: 1:21-cv-00902-AT

Dear Ms. Robinson:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

                By:  s/ R. Bryant
                Deputy Clerk

Enclosure